**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-2300

———————

GERARD COLIN, for his minor daughter,

                                        Plaintiff - Appellant,

        versus

GRETCHEN WALTHER; DAVID L. WALTHER; WALTHER &
LARKIN, LLP,

                                        Defendants - Appellees,

        and

BENTE  BUSCH-SPANN;  BETTINA  LYNN;  SOUTH  T.
LYNN,  JR.;  DIEGO  ALICIA  CALDERON;  DEBBIE
JONES,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Richard D. Bennett, District Judge.  (CA-
03-1434-8-RDB)

———————

Submitted:  March 12, 2004          Decided:  April 12, 2004

———————

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Pierre Choné, CHONÉ & ASSOCIATES, P.L.L.C., Washington, D.C., for
Appellant.  Alvin I. Frederick, Jeffrey W. Bredeck, ECCLESTON &
WOLF, P.C., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerard Colin commenced a suit in the United States District Court for the District of Maryland on behalf of himself and his infant daughter. The complaint arose out of legal action taken in New Mexico by Gretchen Walther, David L. Walther and their law firm (collectively "the attorneys") and allegations of kidnaping and assault occurring in Maryland by Bente Busch-Spann, Bettina Lynn, South T. Lynn, Jr., Diego Alicia Calderon and Debbie Jones. The district court granted the attorneys' motion to dismiss for lack of personal jurisdiction. Colin voluntarily dismissed the remaining defendants so as to challenge in this court the granting of the motion to dismiss.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Colin v. Walther, No. CA-03-1434-8-RDB (D. Md. Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED